IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DONNA HANDFORTH, ELLEN
D. REEVES, TERESA
FERGUSON, PAMELA
BRENNAN, and KRISTI
SHANAHAN-LUKE,
individually, and on behalf of all
others similarly situated,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1894

        Appellants,

v.

THE STENOTYPE INSTITUTE
OF JACKSONVILLE, INC., a
Florida corporation, GLORIA J.
WILEY, individually, SLM
CORPORATION, SALLIE MAE,
INC., and DOES 1-10, inclusive,

        Appellees.
_____/

Opinion filed January 5, 2017.

An appeal from the Circuit Court for Duval County.
Virginia Norton, Judge.

Brian W. Warwick, Janet R. Varnell and Steven T. Simmons, Jr., of Varnell &
Warwick, P.A., Lady Lake, for Appellants.

Rutledge R. Liles of Liles, Gavin, P.A., Jacksonville; Lisa M. Simonetti of Vedder
Price (CA), LLP, Los Angeles, CA, pro hac vice, for Appellees Navient
Corporation f/k/a SLM Corporation, Navient Solutions, Inc. f/k/a Sallie Mae, Inc.,
and Navient Credit Finance Corporation f/k/a SLM Education Credit Finance
Corporation.

PER CURIAM.

AFFIRMED.

B.L. THOMAS, WETHERELL, and M.K. THOMAS, JJ., CONCUR.